Not Recommended for Publication or Citation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| TERRI SMITH, | ) | |
| | ) | Civil No. 13-02-GFVT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| DAN FLINKFELT, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**** **** **** ****

In accordance with the Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

(1) Judgment is **ENTERED** in favor of the Defendant.

(2) This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

(3) All issues having been resolved, this case is **STRICKEN** from the active docket.

This 31st day of March, 2014.

